*State, Respondent, v. Brinkley, Petitioner*, No. 92979-3. Petition for review of a decision of the Court of Appeals, No. 72852-1-I, February 1, 2016, 192 Wn. App. 456. *Denied* August 3, 2016.

*State, Respondent, v. Cobb, Petitioner*, No. 92982-3. Petition for review of a decision of the Court of Appeals, No. 72515-7-I, March 7, 2016, 192 Wn. App. 1059. *Denied* August 3, 2016.

*State, Respondent, v. Gerzic, Petitioner*, No. 92983-1. Petition for review of a decision of the Court of Appeals, No. 73242-1-I, March 7, 2016, 192 Wn. App. 1063. *Denied* August 3, 2016.

*State, Respondent, v. Feely, Petitioner*, No. 92986-6. Petition for review of a decision of the Court of Appeals, No. 72450-9-I, February 22, 2016, 192 Wn. App. 751. *Denied* August 3, 2016.

*State, Respondent, v. Guevara, Petitioner*, No. 92987-4. Petition for review of a decision of the Court of Appeals, No. 47373-9-II, March 8, 2016, 192 Wn. App. 1069. *Denied* August 3, 2016.

*State, Respondent, v. Leonard, Petitioner*, No. 92989-1. Petition for review of a decision of the Court of Appeals, No. 46753-4-II, March 9, 2016, 192 Wn. App. 1071. *Denied* August 3, 2016.

*State, Respondent, v. Young et al., Petitioners*, No. 92993-9. Petition for review of decisions of the Court of Appeals, Nos. 45996-5-II and 46113-7-II, March 1, 2016, 192 Wn. App. 850. *Denied* August 3, 2016.

*State, Respondent, v. Reed, Petitioner*, No. 92995-5. Petition for review of a decision of the Court of Appeals, No. 73295-1-I, March 7, 2016, 192 Wn. App. 1063. *Denied* August 3, 2016.